1  *Peter M. Lively, 162686*
2  *Ilya B. Volk, 272407*
   Law Office of Peter M. Lively
3  11268 Washington Blvd., Suite 203
   Culver City, California 90230-4647
4  Telephone No.: (310) 391-2400
   Facsimile No.: (310) 391-2462
5  Peter@PeterMLively.com
6
   Counsel for Debtors,
7  GENE DOUGLAS BALAS and CARLOS A. MORALES
8
                   UNITED STATES BANKRUPTCY COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                         LOS ANGELES DIVISION
11
12
   In re:                          )   Chapter 13
13                                 )
   GENE DOUGLAS BALAS and          )   Case No. 2:11-bk-17831-AA
14 CARLOS A. MORALES,              )
                                   )
15                                 )   **RESPONSE TO OBJECTIONS TO PLAN**
            Debtors.               )   **CONFIRMATION BY THE STANDING**
16                                 )   **CHAPTER 13 TRUSTEE**
17                                 )
                                   )   HEARING:
18                                 )   Date:   May 12, 2011
                                   )   Time:   10:00 A.M.
19                                 )   Ctrm.:  1639, 16th Floor
                                   )   Court:  255 East Temple Street
20                                 )           Los Angeles, California 90012
                                   )
21
22 TO THE HONORABLE ALAN M. AHART, UNITED STATES BANKRUPTCY JUDGE,
23 KATHY A. DOCKERY, CHAPTER 13 TRUSTEE, AND ALL OTHER PARTIES IN
24 INTEREST:
25        The within Debtors, through their counsel of record, hereby respond to the objections
26 to confirmation of Plan by the Standing Chapter 13 Trustee, KATHY A. DOCKERY.
27
28

1. Debtors do not object to turnover of their tax refunds received within the first three (3) years of their Plan, if their Plan is confirmed at less than 100% to Class 5.

2. Debtors submitted copies of medical reimbursement proof of income, together with counsel's cover letter dated March 31, 2011.

3. Debtors submitted copies of their bank statements for the six (6) months prior to the Meeting of Creditors, together with counsel's cover letter dated April 2, 2011.

4. Debtors submitted proof of their life insurance premiums, together with counsel's cover letter dated March 31, 2011.

5. Debtors submitted proof of medical expenses, together with counsel's cover letter dated March 23, 2011

6. Debtors submitted their rental agreement, together with counsel's cover letter dated March 31, 2011.

WHEREFORE, Debtors pray that this Court confirm their Chapter 13 Plan as having resolved the objections of the Chapter 13 Trustee or provide a continued hearing date before which the Debtors can provide any additional information and/or documents requested by this Court or the Trustee.

Respectfully submitted,

Law Office of Peter M. Lively

Dated: 4/13/11

By: Peter M. Lively
Counsel for Debtor,
GENE DOUGLAS BALAS and
CARLOS A. MORALES

2

| In re: Gene Douglas Balas and Carlos A. Morales | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:11-bk-17831-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document described RESPONSE TO OBJECTIONS TO PLAN CONFIRMATION BY THE STANDING CHAPTER 13 TRUSTEE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 14, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On April 14, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 04/14/2011 | David Ramos | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re: Gene Douglas Balas and Carlos A. Morales  Debtor(s). | CHAPTER 13  CASE NUMBER 2:11-bk-17831-AA |
|---|---|

ADDITIONAL SERVICE INFORMATION (if needed):

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

**United States Trustee:**
United States Trustee
ustpregion16.la.ecf@usdoj.gov

**Chapter 13 Trustee:**
Kathy A. Dockery
efiling@CH13LA.com

**Courtesy NEF:**
Robert J Pfister
Klee Tuchin Bogdanoff & Stern LLP
rpfister@ktbslaw.com

M Jonathan Hayes
Law Office of M Jonathan Hayes
jhayes@polarisnet.net

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

**via U.S. Mail:**

**Debtors:**
Gene Douglas Balas
Carlos A. Morales
5702 Lindenhurst Ave.
Los Angeles, CA 90036

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1