PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 89395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 So. Figueroa Street, Suite 2600
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**GENE DOUGLAS BALAS and CARLOS A. MORALES,**<br><br>    Debtor(s). | Case Number 2:11-bk-17831-AA<br><br>Chapter 13<br><br>**UNITED STATES TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN; AND DECLARATION OF HATTY YIP IN SUPPORT THEREOF**<br><br>Date:    May 11, 2011<br>Time:    1:30 p.m.<br>Courtroom: 1345<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

TO THE HONORABLE THOMAS DONOVAN, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, DEBTORS' COUNSEL, CREDITORS AND OTHER INTERESTED PARTIES:

The United States Trustee for the Central District of California (hereafter "U.S. Trustee"), through the undersigned attorney, hereby submits this Objection to Confirmation of Plan ("Objection") on the grounds that the Debtors' proposed chapter 13 plan does not comply with the applicable provisions of title 11 as required under 11 U.S.C. § 1325(a)(1).

1

1. The U.S. Trustee, pursuant to LBR 3015-1(g)(2)(B), made an oral objection on the record at the Debtors' § 341(a) meeting of creditors held on March 28, 2011.[1] As further detailed in the U.S. Trustee's Motion to Dismiss,[2] filed concurrently with this Objection, the U.S. Trustee submits that the Debtors have filed a joint case not authorized by 11 U.S.C. § 302. As a result, the Debtors impermissibly seek the consolidated administration of their liabilities through a chapter 13 repayment plan. Because the Debtors have filed a joint case not authorized by 11 U.S.C. § 302, the Debtors' plan does not comply with the provisions of chapter 13 and with other applicable provisions of title 11, as required by § 1325(a)(1).

WHEREFORE, the U.S. Trustee respectfully requests that the Court sustain this Objection and deny confirmation of the Debtors' plan..

                                          Respectfully submitted,

                                          PETER C. ANDERSON
                                          UNITED STATES TRUSTEE

Dated: April 15, 2011

                                          By: _____
                                               HATTY YIP
                                             Attorney for the United States Trustee

---

[1] *See* Declaration of Hatty Yip ("Yip Declaration") at ¶ 2.

[2] *See* United States Trustee's Notice of Motion and Motion to Dismiss Pursuant to 11 U.S.C. §1307(c) or for Related Relief ("U.S. Trustee's Motion to Dismiss"), and U.S. Trustee's Request for Judicial Notice ("RJN") filed concurrently with this Objection.

# DECLARATION OF
# HATTY YIP

## DECLARATION OF HATTY YIP

I, HATTY YIP, hereby declare as follows:

1. I am over the age of eighteen years, I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify I could and would do so competently. I am employed as a Trial Attorney by the Office of the United States Trustee for the Central District of California. I am the Trial Attorney assigned to In re: Gene Douglas Balas and Carlos A. Morales ("Debtors"), Case No. 2:11-bk-17831-AA.

2. On March 28, 2011, I personally attended the Debtors' § 341(a) meeting of creditors in its entirety. Debtors appear to be two males. I stated on the record at the § 341(a) meeting that pursuant to LBR 3015-1(g)(2)(B), the United States Trustee objects to plan confirmation on the grounds that the Debtors are not eligible to file a joint petition.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on April 4, 2011, in Los Angeles, California.

*/s/ Hatty Yip*
HATTY YIP

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

A true and correct copy of the foregoing document described as: **UNITED STATES TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN; AND DECLARATION OF HATTY YIP IN SUPPORT THEREOF**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/15/11** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kathy A Dockery (TR)    efiling@CH13LA.com
M Jonathan Hayes    jhayes@polarisnet.net
Peter M Lively    PeterMLively2000@yahoo.com, PeterMLively2000@yahoo.com
Robert J Pfister    rpfister@ktbslaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **4/15/11** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **4/15/11** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**
The Honorable Alan M. Ahart, Judge Ahart's Courtesy Bin outside Suite 1382, 255 E. Temple St, Los Angeles, CA 90012
The Honorable Thomas Donovan, Courtesy Bin outside Suite 1352, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/15/11 | HELEN CRUZ | /s/ Helen Cruz |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F.9013-3.1.PROOF.OF.SERVICE**

1

**ADDITIONAL SERVICE INFORMATION**

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

DEBTORS:
Gene Douglas Balas & Carlos A. Morales, 5702 Lindenhurst Ave., Los Angeles, CA 90036

DEBTORS' COUNSEL:
Peter M. Lively, The Law Offices of Peter M Lively, 11268 Washington Blvd Ste 203, Culver City, CA 90230-4647

DEBTORS' COUNSEL:
Robert J Pfister, Klee Tuchin Bogdanoff & Stern LLP, 1999 Ave of the Stars 39th Fl, Los Angeles, Ca 90067

CREDITORS:
American Honda Finance Corp., Acura Financial Services, PO Box 168088, Irving TX 75016-8088

BANK OF AMERICA, P.O. BOX 15026, WILMINGTON, DE 19850

BMW FINANCIAL SERVICES, C/O VITAL RECOVERY SERVICES, INC., P.O. BOX 923748, NORCROSS, GA 30010

BMW FINANCIAL SERVICES, P.O. BOX 3608, DUBLIN, OH 43016-0306

Candica L.L.C , C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Candica L.L.C, C O WEINSTEIN AND RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

CAPITAL ONE BANK, P.O. BOX 30285, SALT LAKE CITY, UT 84130

CEDARS-SINAI, P.O. BOX 60109, LOS ANGELES, CA 90060

CHASE, P.O. BOX 15298, WILMINGTON, DE 19850

CHEVRON CREDIT BANK, P.O. BOX 5010, CONCORD, CA 94524

CITIBANK, P.O. BOX 26892, SAN FRANCISCO, CA 94126

CONSULTANTS FOR PATHOLOGY, 4607 LAKEVIEW CANYON RD., SUITE 598, WESTLAKE VILLAGE, CA 91361

EMPLOYMENT DEVELOPMENT DEPARTMENT, State of California, Benefit Overpayment Collection Section, MIC 91, P.O. Box 826218, Sacramento, CA 94230-6218

FIA Card Services aka Bank of America, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701

FIA Card Services, NA as successor in interest to, Bank of America NA and MBNA America Bank, 1000 Samoset Drive, DE5-023-03-03 , Newark, DE 19713

Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento CA 95812-2952

FRANCHISE TAX BOARD, ATTENTION: BANKRUPTCY, P.O. BOX 2952, SACRAMENTO, CA 95812

HSBC Bank Nevada, N.A., by PRA Receivables Management, LLC, PO Box 12907, Norfolk VA 23541

HSBC CARD SERVICES, C/O HUNT & HENRIQUES, 151 BERNAL ROAD, SUITE 8, SAN JOSE, CA 95119

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                       **F.9013-3.1.PROOF.OF.SERVICE**

2

HSBC CARD SERVICES, P.O. BOX 81622, SALINAS, CA 93912

HSBC CARD SERVICES, HUNT & HENRIQUES, 151 BERNAL ROAD, SUITE 8, SAN JOSE, CA 95119

HSBC CARD SERVICES, C/O NCO FINANCIAL SYSTEMS, P.O. BOX 15372, WILMINGTON, DE 19850

INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE, P.O. BOX 21126, PHILADELPHIA, PA 19114

MD PERIODONTICS, A. MOSHREFI, DDS MS & N. DANESHMAND, 9735 WILSHIRE BLVD., SUITE 211, BEVERLY HILLS, CA
90212

Park La Brea, 6200 W. Third Street, Los Angeles, CA 90036

SALLIE MAE, P.O. BOX 9533, WILKES-BARRE, PA 187773-9533

Sallie Mae Inc. on behalf of USA FUNDS, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F.9013-3.1.PROOF.OF.SERVICE**

3