| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID M. STERN (State Bar No. 67697)<br>ROBERT J. PFISTER (State Bar No. 241370)<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067-6049<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br>Email: dstern@ktbslaw.com; rpfister@ktbslaw.com<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES **DIVISION**

| In re:<br>Gene Douglas Balas and Carlos A. Morales,<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:11-bk-17831-TD<br>CHAPTER: 13<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST. PLEASE TAKE NOTICE THAT:**

1. Movant(s) , the Debtors, have         xhas filed a motion entitled Request for Certification of Direct Appeal to the U.S. Court of Appeals for the Ninth Circuit                                                                                  .

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached description of relief sought. (*Check appropriate box below*):

    ☑ The full motion is attached hereto; or
    ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and

---
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                    Page 1                                    **F 9013-1.2.NOTICE.NO.HEARING**

serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).  If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Date: 6/30/2011

Respectfully submitted,

By: /s/ Robert J. Pfister
    Signature of Movant or attorney for Movant

Name: Robert J. Pfister
    Type name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011     Page 2     **F 9013-1.2.NOTICE.NO.HEARING**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067

A true and correct copy of the foregoing document described as: **DECLARATION RE: ENTRY OF ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/30/2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

SEE ATTACHED SERVICE LIST

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served): On 6/30/2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/30/2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas B. Donovan, U.S. Bankruptcy Judge; Roybal Federal Building, 255 East Temple Street, Suite 1352; Los Angeles, California 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 6/30/2011        Signature: /s/ Robert J. Pfister

Printed Name: Robert J. Pfister

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011        Page 3        F 9013-1.2.DECLARATION.NO.HEARING

| In re:<br>Gene Douglas Balas and Carlos A. Morales,<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-17831-TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

## SERVICE VIA NOTICE OF ELECTRONIC FILING

Kathy A. Dockery (TR)  efiling@CH13LA.com

M. Jonathan Hayes  jhayes@polarisnet.net
On behalf of Interested Party Courtesy NEF

Peter M. Lively  PeterMLively2000@yahoo.com
On behalf of Debtor Gene Balas

Robert J. Pfister  rpfister@ktbslaw.com
On behalf of Debtor Gene Balas

United States Trustee (LA)  Ustpregion16.la.ecf@usdoj.gov

Hatty K. Yip  hatty.yip@usdoj.gov
On behalf of United States Trustee (LA)


## Service by Federal Express

Paul D. Clement
BANCROFT PLLC
1919 M Street NW, Suite 470
Washington, D.C. 20036


## SERVICE BY US MAIL

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE  19850-5026 | Chevron Credit Bank<br>P.O. Box 5010<br>Concord, CA  94524-0010 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 |
| Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT  84130-0285 | Candica L.L.C.<br>c/o Weinstein and Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | HSBC Card Services<br>c/o NCO Financial Systems<br>P.O. Box 15372<br>Wilmington, DE  19850-5372 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Park La Brea<br>6200 W. Third Street<br>Los Angeles, CA  90036-3157 | Carlos A. Morales<br>5702 Lindenhurst Avenue<br>Los Angeles, CA  90036-3275 |
| Los Angeles Division<br>255 E. Temple Street<br>Los Angeles, CA  90012-3332 | BMW Financial Services<br>c/o Vital Recovery Services, Inc.<br>P.O. Box 923748<br>Norcross, GA  30010-3748 | Cedars-Sinai<br>P.O. Box 60109<br>Los Angeles, CA  90060-0109 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

| In re:<br>Gene Douglas Balas and Carlos A. Morales,<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:11-bk-17831-TD |
|---|---|

## SERVICE BY US MAIL

Citibank
P.O. Box 26892
San Francisco, CA  94126-0892

FIA Card Services aka Bank of America
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

HSBC Bank Nevada, N.A.
By PRA Receivables Management, LLC
P.O. Box 12907
Norfolk, VA  23541-0907

HSBC Card Services
Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA  95119-1491

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Sallie Mae
P.O. Box 9533
Wilkes-Barre, PA  18773-9533

Acura Financial Services
P.O. Box 600001
City of Industry, CA  91716

BMW Financial Services
P.O. Box 3608
Dublin, OH  43016-0306

Chase
P.O. Box 15298
Wilmington, DE  19850-5298

Consultants for Pathology
4607 Lakeview Canyon Rd., Ste. 598
Westlake Village, CA  91361-4028

Franchise Tax Board
Attn:  Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

HSBC Card Services
c/o Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA  95119-1306

HSBC Card Services
P.O. Box 81622
Salinas, CA  93912-1622

MD Periodontics
A. Moshrefi, DDS MS & N. Daneshmand
9735 Wilshire Blvd., Suite 211
Beverly Hills, CA  90212-2102

Sallie Mae Inc. on behalf of USA Funds
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes-Barre, PA  18773-9430

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

Kathy A. Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA  90017-4212

BMW Financial Service
P.O. Box 3608
Dublin, OH  43016-0306

Peter C. Anderson, Esq.
Jill M. Sturtevant, Esq.
Hatty Yip, Esq.
Office of the United States Trustee
725 So. Figueroa St., Ste. 2600
Los Angeles, CA  90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                          **F 9013-3.1.PROOF.SERVICE**