Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

DAVID M. STERN (State Bar No. 67697)
ROBERT J. PFISTER (State Bar No. 241370)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: dstern@ktbslaw.com; rpfister@ktbslaw.com

*Attorney for* Gene Douglas Balas and Carlos A. Morales

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Gene Douglas Balas and Carlos A. Morales,

Debtor.

Peter C. Anderson, United States Trustee

Movant(s),

vs.

Gene Douglas Balas and Carlos A. Morales,

Respondant(s).

CHAPTER 13

CASE NUMBER 2:11-bk-17831-TD

DATE:
TIME:        N/A
COURTROOM:

## NOTICE OF NON-OPPOSITION

1. TO THE MOVANT *(specify name)*: Peter C. Anderson, United States Trustee

2. NOTICE IS HEREBY GIVEN that the ☒ Debtor  ☐ Chapter ____ Trustee  ☐ Other *(specify)*: _____ in the above-entitled proceeding does not oppose the granting of the following motion or application *(specify)*:

   Motion for Leave to Appeal [Docket No. 53], dated June 27, 2011

Respectfully submitted,

Dated: 6/30/11

KLEE, TUCHIN, BOGDANOFF & STERN LLP
*Firm Name*

By: _____ /s/ Robert J. Pfister _____

Name: Robert J. Pfister, Attorney for the Debtors
*Attorney for (specify)*:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.4

Notice of Non-Opposition - *Page 2*

F 9013-1.4

| In re | CHAPTER: 13 |
|---|---|
| Gene Douglas Balas and Carlos A. Morales, | |
| Debtor(s). | CASE NO.: 2:11-bk-17831-TD |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067

A true and correct copy of the foregoing document described as Notice of Non-Opposition _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/30/11 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

SEE ATTACHED SERVICE LIST

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

N/A

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/30/11 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Thomas B. Donovan, U.S. Bankruptcy Judge
Roybal Federal Building, 255 East Temple Street, Suite 1352
Los Angeles, California 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/30/11 | Robert J. Pfister | /s/ Robert J. Pfister |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.4

| In re | CHAPTER: 13 |
|---|---|
| Gene Douglas Balas and Carlos A. Morales, | |
| Debtor(s). | CASE NO.: 2:11-bk-17831-TD |

**ADDITIONAL SERVICE INFORMATION** (if needed):

SERVICE VIA NOTICE OF ELECTRONIC FILING:

| | |
|---|---|
| Kathy A. Dockery (TR) | efiling@CH13LA.com |
| M. Jonathan Hayes | jhayes@polarisnet.net |
| Peter M. Lively | PeterMLively2000@yahoo.com |
| Robert J. Pfister | rpfister@ktbslaw.com |
| United States Trustee (LA) | Ustpregion16.la.ecf@usdoj.gov |
| Hatty K. Yip | hatty.yip@usdoj.gov |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-1.4