KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER STREET, SUITE 1950
LOS ANGELES, CA  90017
TELEPHONE (213) 996-4400  FAX (213) 996-4426
LATRUSTEE.COM

**BANKRUPTCY PAYMENT ADDRESS**
**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 691**
**MEMPHIS, TN 38101-0691**

## DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS AS OF JUNE 30, 2014
### GENE DOUGLASS BALAS     CARLOS A. MORALES
### Case Number LA11-17831-NB

GENE DOUGLASS BALAS
CARLOS A. MORALES
1222 COMMERCE ST. APT. 1411
DALLAS, TX  75202

## IMPORTANT - Bankruptcy Court Requirements

**Income Tax Returns:** The Bankruptcy Court has ordered you to send a copy of your tax returns to the Chapter 13 Trustee.   If you have not already done so, please mail a copy of your tax returns to the Chapter 13  Trustee Office within 10 days of mailing them to the Internal Revenue Service.

**TAX REFUNDS:** The Bankruptcy Court may have ordered you to tender your tax refunds to the Chapter 13 Trustee.  If your tax refund has not been directly sent to the Chapter 13 Trustee, you must endorse the tax refund check payable to the Chapter 13 Trustee.  Put your name and case number on the tax refund check and mail your tax refund to the Chapter 13 Trustee's bankruptcy payment lock box.

### YOUR BANKRUPTCY PAYMENTS AS OF JUNE 30, 2014 ARE $36,910.92

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3/30/11 | $514.48 | 5/3/11 | $514.48 | 5/24/11 | $514.48 | 6/21/11 | $1,053.48 | 11/28/11 | $989.00 |
| 1/4/12 | $989.00 | 1/24/12 | $989.00 | 2/22/12 | $989.00 | 3/27/12 | $1,150.00 | 4/30/12 | $1,054.00 |
| 5/22/12 | $1,054.00 | 6/26/12 | $1,054.00 | 7/19/12 | $1,438.00 | 9/12/12 | $700.00 | 9/26/12 | $1,050.00 |
| 10/26/12 | $1,400.00 | 12/11/12 | $1,150.00 | 12/11/12 | $300.00 | 12/31/12 | $1,150.00 | 1/28/13 | $1,150.00 |
| 2/26/13 | $1,150.00 | 3/27/13 | $1,150.00 | 4/23/13 | $1,150.00 | 5/28/13 | $800.00 | 6/10/13 | $350.00 |
| 6/18/13 | $1,150.00 | 7/23/13 | $1,150.00 | 8/21/13 | $1,150.00 | 9/23/13 | $1,150.00 | 10/22/13 | $1,150.00 |
| 11/19/13 | $1,150.00 | 4/9/14 | $1,552.00 | 4/29/14 | $1,552.00 | 5/29/14 | $1,552.00 | 6/30/14 | $1,552.00 |

### AS OF JUNE 30, 2014, YOU ARE CURRENT ON YOUR BANKRUPTCY PAYMENTS.

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: LAW OFFICE OF PETER M. LIVELY  310-391-2400.
For Online Access to your Case Information, go to: www.ndc.org

# NOTICE OF INTENT TO PAY CLAIMS
## CLAIMS AND DISBURSEMENT REPORT AS OF JUNE 30, 2014

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan. **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim. In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney. **If you fail to object to the proof of claim within thirty days of the filing of the proof of claim, the Chapter 13 Trustee will disburse on the claim.**

*Interest, late claims or other variables may affect the total amount paid to creditors.*
Undistributed Funds $1,552.00

### AS OF JUNE 30, 2014, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $35,358.92

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| DREF | GENE DOUGLASS BALAS | | | | | $0.00 | |
| ATTY | LAW OFFICE OF PETER M. LIVELY | ATTORNEY FEE | $13,775.39 | $13,775.39 | | $13,775.39 | |
| 1 | INTERNAL REVENUE SERVICE Filed: 03/03/11 | PRIORITY - TAXES | $38,541.75 | $28,490.41 | | $14,137.80 | |
| 19 | INTERNAL REVENUE SERVICE Filed: 05/04/12 | PRIORITY - TAXES | $0.00 | $10,044.00 | | $3,548.11 | |
| 6 | FRANCHISE TAX BOARD Filed: 03/28/11 | PRIORITY - TAXES | $8,495.00 | $5,022.47 | | $2,492.31 | |
| | BMW Financial Services | UNSECURED | $1,474.88 | $0.00 | | | |
| | HSBC CARD SERVICES | UNSECURED | $1,282.84 | $0.00 | | | |
| | CHEVRON CREDIT BANK | UNSECURED | $607.00 | $0.00 | | | |
| | Cedars-Sinai | UNSECURED | $70.83 | $0.00 | | | |
| | CEDARS-SINAI | UNSECURED | $260.15 | $0.00 | | | |
| | CEDARS-SINAI | UNSECURED | $365.96 | $0.00 | | | |
| | CONSULTANTS FOR PATHOLOGY | UNSECURED | $79.63 | $0.00 | | | |
| | MD PERIODONTICS | UNSECURED | $3,059.63 | $0.00 | | | |
| 1 | INTERNAL REVENUE SERVICE Filed: 03/03/11 | UNSECURED | $0.00 | $1,113.98 | | | |
| 10 | OAK HARBOR CAPITAL II, LLC Filed: 04/07/11 | UNSECURED | $10,000.00 | $9,676.99 | | | |
| 11 | AMERICAN HONDA FINANCE CORPORATION Filed: 04/11/11 | UNSECURED | $2,901.02 | $2,901.02 | | | |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, Filed: 04/23/11 | UNSECURED | $1,321.00 | $1,569.16 | | | |
| 13 | CITIBANK N.A. Filed: 05/09/11 | UNSECURED | $9,599.00 | $9,599.98 | | | |
| 14 | eCAST SETTLEMENT CORPORATION Filed: 05/13/11 | UNSECURED | $16,549.11 | $16,549.11 | | | |
| 15 | LVNV FUNDING LLC Filed: 05/25/11 | UNSECURED | $5,430.32 | $5,470.19 | | | |
| 16 | MIDLAND FUNDING LLC Filed: 06/15/11 | UNSECURED | $2,060.11 | $2,060.11 | | | |
| 17 | SALLIE MAE PC TRUST Filed: 07/01/11 | UNSECURED | $0.00 | $11,066.00 | | | |
| 18 | CITIBANK, NA Filed: 07/15/11 | UNSECURED | $9,913.39 | $10,025.84 | | | |
| 2 | FIA CARD SERVICES AKA BANK OF AMERICA Filed: 03/21/11 | UNSECURED | $7,709.53 | $7,386.84 | | | |
| 3 | SALLIE MAE, INC. Filed: 03/23/11 | UNSECURED | $28,058.39 | $16,097.32 | | | |
| 4 | VANDA, LLC Filed: 03/28/11 | UNSECURED | $3,481.00 | $3,877.11 | | | |
| 5 | VANDA, LLC Filed: 03/28/11 | UNSECURED | $12,217.05 | $13,687.98 | | | |
| 6 | FRANCHISE TAX BOARD Filed: 03/28/11 | UNSECURED | $0.00 | $604.03 | | | |
| 7 | PRA RECEIVABLES MANAGEMENT LLC Filed: 04/01/11 | UNSECURED | $3,522.59 | $3,522.59 | | | |
| 8 | PRA RECEIVABLES MANAGEMENT LLC Filed: 04/01/11 | UNSECURED | $890.10 | $1,028.79 | | | |

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: LAW OFFICE OF PETER M. LIVELY  310-391-2400.

For Online Access to your Case Information, go to: www.ndc.org

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| 9 | OAK HARBOR CAPITAL II, LLC<br>Filed: 04/06/11 | UNSECURED | $12,855.00 | $13,324.40 | | | |
| TTE | Trustee Fee | | | | | $1,405.31 | |

**If you have any questions regarding your Debtor Status Report, please consult your attorney.**
**Your Attorney is: LAW OFFICE OF PETER M. LIVELY  310-391-2400.**
For Online Access to your Case Information, go to: www.ndc.org

# DEBTOR CHANGE OF INFORMATION FORM

Please Complete and Sign this Form if the following Information Changed.

**GENE DOUGLASS BALAS**
**CARLOS A. MORALES**
**LA11-17831-NB**

| | | | |
|---|---|---|---|
| **Change of Name** | | | |
| **Change of Address** | | | |
| **Change of Phone Numbers** | Home | Work | Cell |
| | | | |
| **Change of Employer**<br>New Employer Name<br>Address<br>Phone Number | | | |

**The undersigned debtor(s) declares under penalty of perjury under the laws of the State of California that the above information is true and correct.**

**Debtor's Signature** _____  Date_____

**Co- Debtor's Signature** _____  Date_____

**FAX THIS FORM TO: (213) 996-4426**
**or EMAIL THIS FORM TO: info@latrustee.com**

---

**If you have any questions regarding your Debtor Status Report, please consult your attorney.**
**Your Attorney is: LAW OFFICE OF PETER M. LIVELY  310-391-2400.**
**For Online Access to your Case Information, go to: www.ndc.org**